**DISMISS; and Opinion Filed March 3, 2017.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01414-CV

### IN RE BANK OF AMERICA, N.A., Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11533**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Schenck

On February 21, 2017, the Court abated this proceeding to permit proceedings in the trial court to effectuate the parties' settlement agreement. Relator has now filed a motion to dismiss this original proceeding. We reinstate this proceeding, grant the motion to dismiss, and dismiss this proceeding. *See* TEX. R. APP. P. 42.1(a).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

161414F.P05